USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __05/21/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE ALTENBURGER,

           Petitioner,

-against-

FEDERAL BUREAU OF PRISONS,

           Respondent.

24-CV-2966 (ALC) (BCM)

**ORDER RE CHANGE OF ADDRESS**

**BARBARA MOSES, United States Magistrate Judge.**

On April 30, 2026, this action, construed as a habeas corpus action under 28 U.S.C. § 2241, was referred to Magistrate Judge Moses for general pretrial management and for report and recommendation on dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). (Dkt. 14.) The docket reflects that, on May 1, 2026 the referral order was mailed to petitioner at: Bruce Altenburger #34208-057, USP Allenwood S.A.U., P.O. Box 3000, White Deer, PA 17887. On May 21, 2026, the order was returned as "not deliverable as addressed unable to forward."

The Court notes that petitioner appears to have been released from USP Allenwood Secure Administrative Facility as of December 2024. *See Inmate Locator*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited May 21, 2026) (listing petitioner as "Not in BOP Custody"). Since then, petitioner has not updated his address with the Court, leaving the Court unable to communicate with him. Petitioner is reminded that it is his obligation to pursue this action diligently, including by updating the Court when and if his address changes and providing a current address where he can receive mail sent by the Court or other parties.

It is hereby ORDERED that petitioner shall, no later than **June 26, 2026**, update his address with the Court, using the attached Notice of Change of Address form. The form may be mailed or delivered to the Pro Se Intake Unit, 500 Pearl Street, Room 250, New York, New York 10007. If petitioner fails to update his address as required, or fails thereafter to pursue this action diligently, **the case may be dismissed**.

Dated: New York, New York
      May 21, 2025

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**

IH-34                                                                                      Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF
ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

Address                    City                              State        Zip Code

_____          _____

Telephone Number                    E-mail Address (if available)

_____          _____

Date                                Signature