USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 07/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE ALTENBURGER,

Petitioner,

-against-

FEDERAL BUREAU OF PRISONS,

Respondent.

24-CV-2966 (ALC) (BCM)

**ORDER RE CHANGE OF ADDRESS**

**BARBARA MOSES, United States Magistrate Judge.**

On May 21, 2026, I issued an order directing pro se petitioner Bruce Altenburger to update his address with the Court no later than June 26, 2026, and warned that if he failed to do so, "**the case may be dismissed**." Directing Order (Dkt. 15). As noted in the Directing Order, petitioner appears to have been released from custody, and mail previously delivered to his last known address at USP Allenwood Secure Administrative Facility (USP Allenwood) was returned as "not deliverable as addressed unable to forward." *Id.* While the docket reflects that, on May 26, 2026, the Directing Order was mailed to USP Allenwood and was *not* returned as undeliverable,[1] petitioner has yet to update his address with the Court.

The Court will give petitioner **one final chance to update his address**.

It is hereby ORDERED that petitioner shall, no later than **August 21, 2026**, update his address with the Court, using the attached Notice of Change of Address form. The form may be mailed or delivered to the Pro Se Intake Unit, 500 Pearl Street, Room 250, New York, New York 10007. The Court reminds petitioner that if he again fails to update his address as required, or continues to fail to pursue this action diligently, **the case may be dismissed**.

Dated: New York, New York
July 30, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

[1] The Court recognizes that this does not necessarily mean that petitioner received the Directing Order.

IH-34 Rev:2014-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bruce Altenburger

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Federal Bureau of Prisons

(List the full name(s) of the defendant(s)/respondent(s).)

24 CV 2966 (ALC)(BCM)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Name (Last, First, MI)

Address City State Zip Code

Telephone Number E-mail Address (if available)

Date Signature